In the Matter of the Claim of John E. Smith, Respondent, against Surf Apartments et al., Appellants. State Industrial Board, Respondent.

(Argued February 11, 1930; decided March 18, 1930.)

*Jeremiah F. Connor* and *William E. Lowther* for appellants.

*Hamilton Ward,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order of the Appellate Division reversed and claim dismissed, with costs against the State Industrial Board in the Appellate Division and this court, on the authority of *Matter of Hynes* v. *Pullman Co.* (223 N. Y. 342); no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.